

**The following constitutes the order of the court.
Signed June 21, 2016**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Ellen L. Davenport,

      Debtor.

No. 16-41425
Chapter 13

**MEMORANDUM RE DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL**

On June 14, 2016, Debtor filed a *Notice of Voluntary Dismissal*. There is no indication that Debtor served the *Notice* on any party. Pursuant to Bankruptcy Local Rule 1017-2(a), Debtor must file a motion to dismiss and serve the motion on the Chapter 13 Standing Trustee, the U.S. Trustee, and any creditor who has appeared in the case. When serving the motion, Debtor must utilize the "Notice and Opportunity for Hearing" procedures of Bankruptcy Local Rule 9014-1(b)(3). *See* B.L.R. 1017(b). The Court will not dismiss the case based on Debtor's *Notice* until Debtor serves the *Notice* as required by the local rules and files

a document with the Court indicating who was served and
when they were served.

**End of Memorandum**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Ellen L Davenport |
| | 5555 Thayer Ln. |
| 3 | San Ramon, CA 94582 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |